Argued and submitted June 18, jurisdiction affirmed; remanded for entry of
corrected judgment July 14, 1993

In the Matter of
Jason Grimm, a Child.

STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Respondent,*

*v.*

Jason GRIMM,
*Appellant.*

(74374A; CA A77686)

856 P2d 320

Ellen K. Jones, Portland, argued the cause for appellant. With her on the brief was Julie H. McFarlane, Portland.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and John Payne, Certified Law Student, Salem.

Before Rossman, Presiding Judge, and Richardson, Chief Judge, and Leeson, Judge.

PER CURIAM

## PER CURIAM

In this delinquency proceeding, we affirm the juvenile court's judgment that child is within the jurisdiction of that court by virtue of acts which, if committed by an adult, would constitute the crime of arson. ORS 164.325(1). In its dispositional order, the court stated that child "has been proved guilty beyond a reasonable doubt of the charge of Arson I." We agree with child that the court's judgment is not properly worded. It should not have said that child had been "proved guilty." Rather, it should have found child within the juvenile court's jurisdiction by virtue of conduct that would constitute the crime of arson if committed by an adult. ORS 419.476(1)(a). We remand the case to the trial court for entry of a judgment consistent with ORS 419.476(1)(a). *State ex rel Juv.Dept. v. Cruz*, 111 Or App 216, 826 P2d 30 (1992).

Jurisdiction affirmed; remanded for entry of corrected judgment.